UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
IRMA FANTASIA,
          Plaintiff,

v.

MONTEFIORE NEW ROCHELLE,
          Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 11054 (VB)

      As discussed at a conference held on the record today, at which counsel for all parties attended, it is HEREBY ORDERED:

      1.    The case is referred to Magistrate Judge Judith C. McCarthy for a settlement conference. The Court will separately issue an order of reference.

      2.    There will be a status conference on **April 28, 2022, at 11:00 a.m.** in Courtroom 620.

Dated: February 23, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge