UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
IRMA FANTASIA,
               Plaintiff,

v.

MONTEFIORE NEW ROCHELLE,
               Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 11054 (VB)

      As discussed at a conference held today, at which counsel for all parties attended, it is HEREBY ORDERED:

      1.    Defendant shall file a letter brief addressing the impact of Cummings v. Premier Rehab Keller, P.L.L.C., No. 20-219 (U.S. Apr. 28, 2022), on this case by **May 19, 2022**.

      2.    Plaintiff shall file a letter brief in response by **June 2, 2022**.

      3.    No reply briefs will be permitted without leave of the Court.

Dated: April 28, 2022
       White Plains, NY

                                            SO ORDERED:

                                            Vincent L. Briccetti
                                            United States District Judge