UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
IRMA FANTASIA,
                Plaintiff,

v.

MONTEFIORE NEW ROCHELLE,
                Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 11054 (VB)

       As discussed at a conference held today, at which counsel for all parties attended, it is HEREBY ORDERED:

       1.     By **August 31, 2022**, the parties shall submit a Joint Pretrial Order in accordance with Paragraph 4.A of the Court's Individual Practices.

       2.     By **August 31, 2022**, the parties shall submit proposed findings of fact and conclusions of law in accordance with Paragraph 4.B.ii of the Court's Individual Practices.

       3.     By **August 31, 2022**, the parties shall file any motions in limine in accordance with Paragraph 4.B of the Court's Individual Practices.

       4.     By **September 7, 2022**, the parties shall file oppositions to motions in limine, if any. No replies shall be filed without first seeking leave of the Court.

       5.     The bench trial will begin on **September 19, 2022, at 9:30 a.m.**, in Courtroom 620.

Dated: July 22, 2022
       White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge