UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
IRMA FANTASIA,
               Plaintiff,

v.

MONTEFIORE NEW ROCHELLE,
               Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 11054 (VB)

      As discussed at a telephonic conference held on the record today, at which counsel for all parties attended, it is HEREBY ORDERED:

      1.    The dispute raised in the parties' letters (Docs. ##75, 77) is resolved as set forth on the record.

      2.    Defendant's motion to extend the deadline to file pretrial submissions is GRANTED as follows. By **September 2, 2022**, the parties shall submit a Joint Pretrial Order, proposed findings of fact and conclusions of law, and any motions in limine. By **September 9, 2022**, the parties shall file oppositions to motions in limine, if any. No replies shall be filed without first seeking leave of the Court.

Dated: August 31, 2022
       White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge