UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IRMA FANTASIA,
                                Plaintiff,

v.

MONTEFIORE NEW ROCHELLE,
                                Defendant.
------------------------------------------------------------x

**ORDER**

19 CV 11054 (VB)

       Plaintiff having moved in limine to preclude defendants from offering (i) evidence of out-of-court statements by her daughter (Bianchi) to hospital staff that Bianchi would interpret for plaintiff during plaintiff's hospital stay; (ii) evidence that plaintiff communicated effectively with Bianchi during her hospital stay; and (iii) evidence that Bianchi provided ASL interpretation for plaintiff during other medical visits, it is hereby ORDERED:

       1.     As to the motion to preclude Bianchi's statements that she would interpret for plaintiff, evidence of the context in which the statements were made is highly pertinent to whether the statements are admissible or not. Therefore, the motion is DENIED WITHOUT PREJUDICE. Plaintiff may renew her objections at trial, and the Court will make individual determinations with respect to each statement.

       2.     Plaintiff's motion in limine is otherwise DENIED.

       3.     The Court will issue a bench ruling explaining the basis for its decision at the beginning of the bench trial on September 19, 2022, at 9:30 a.m.

       4.     The Clerk is instructed to terminate the motion. (Doc. #85).

Dated: September 15, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge