UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
IRMA FANTASIA,

              Plaintiff,

v.

MONTEFIORE NEW ROCHELLE,

              Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 11054 (VB)

      Pursuant to Fed. R. Civ. P. 52(a), the Court stated its findings of fact and conclusions of law on the record today with respect to the bench trial held on September 19 and 20, 2022. The Court found in favor of defendant on all remaining claims.

      Accordingly, the Clerk is directed to enter judgment in defendant's favor on all claims and close this case.

Dated: October 18, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge