**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
IRMA FANTASIA,

                Plaintiff,

    -against-                                          19 **CIVIL** 11054 (VB)

                                                             **JUDGMENT**

MONTEFIORE NEW ROCHELLE,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 18, 2022, pursuant to Fed. R. Civ. P. 52(a), the Court stated its findings of fact and conclusions of law on the record today with respect to the bench trial held on September 19 and 20, 2022. The Court found in favor of defendant on all remaining claims. Judgment is entered in Defendant's favor; accordingly, the case is closed.

**Dated:** New York, New York

      October 19, 2022

                                                                  **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                 **BY:**      *K. Mango*

                                                                     **Deputy Clerk**